Per Curiam.
 

 [¶ 1] D.V.A. appeals from a district court order denying his petition for discharge from treatment and finding he remains a sexually dangerous individual. D.V.A. argues the district court erred in denying his application for discharge because the order is not supported by sufficient evidence that he would likely engage in further acts of sexually predatory conduct placing others in danger under N.D.C.C. § 25-03.3-01(9). The district court's findings of fact and order are supported by clear and convincing evidence, and we summarily affirm under N.D.R.App.P. 35.1(a)(2).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Jon J. Jensen
 

 Jerod E. Tufte